**SEIKO EPSON CORPORATION,**
Plaintiff/Counterclaim
Defendant–Appellant,

and

**Epson Research and Development,**
**Inc. and Epson America, Inc.,**
Counterclaim Defendants,

v.

**CORETRONIC CORPORATION,**
Defendant/Counterclaimant–
Appellee,

and

**Optoma Technology, Inc.,**
Defendant–Appellee.

No. 2011–1120.

United States Court of Appeals,
Federal Circuit.

Oct. 11, 2011.

Edward P. Walker, Oliff & Berridge, PLC, of Alexandria, VA, argued for plaintiff/counterclaim defendant-appellant and counterclaim defendant appellees. With him on the brief were James A. Oliff, John W. O'Meara and William J. Utermohlen.

Steven D. Hemminger, Alston and Bird, LLP, of Menlo Park, CA, argued for defendant/counterclaimant-appellee and defendant-appellee. With him on the brief were Yitai Hu and Elizabeth H. Rader.

LOURIE, BRYSON, and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**